JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HESTER,<br><br>              Plaintiff,<br><br>    v.<br><br>PUBLIC STORAGE, et al.,<br><br>              Defendants. | Case No. SACV 19-972-GW-JCx<br><br><br>**ORDER TO DISMISS WITH PREJUDICE** |

       Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

       IT IS SO ORDERED.

Dated: March 19, 2020

                     _George H. Wu_

                     HON. GEORGE H. WU,<br>                     UNITED STATES DISTRICT JUDGE